1                                                      Honorable Ronald B. Leighton

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br>   v.<br><br>THE ESTATE OF VIOLET MORRIS, aka VIOLET F. MORRIS, Deceased; ANNA M. LOVE aka ANNA MAY LOVE aka ANNA LOVE, individually and Executor of the Estate of Violet Morris; WILLARD "BUD" MORRIS, JR. and BARBARA MORRIS, husband and wife; JULIE DAY; THERESA SCOTT; PENNY GREEN; EDDIE D. MORRIS and KELLY D. MORRIS, husband and wife; DENNIS MORRIS; JAMES F. REED and REBECCA REED, husband and wife; THE UNKNOWN SUCCESSORS IN INTEREST AND CLAIMANTS TO THE ESTATE OF VIOLET F. MORRIS, Deceased,<br><br>           Defendants. | NO. C05-5234 RBL<br><br>ORDER OF DEFAULT |

      This matter has come on duly and regularly to be considered on the United States' Application for Default, and this Court having been fully advised, therefore, it is hereby

      ORDERED, that default is entered against defendants, the Estate of Violet Morris, aka Violet F. Morris, Deceased; Anna M. Love aka Anna May Love aka Anna Love, individually and Executor of the Estate of Violet Morris; Willard "Bud" Morris, Jr. and

ORDER OF DEFAULT - 1
(C05-5234 RBL)

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

Barbara Morris, husband and wife; Julie Day; Theresa Scott; Penny Green; Eddie D. Morris and Kelly D. Morris, husband and wife; Dennis Morris; James F. Reed and Rebecca Reed, husband and wife; the unknown successors in interest and claimants to the Estate of Violet F. Morris, deceased, for failure to plead, answer or otherwise defend within 20 days of service of the Summons and Complaint in this action.

DATED this 11th day of April, 2006.

        s/Jean Boring
UNITED STATES DISTRICT COURT CLERK
By: Deputy Clerk

Presented by:

s/ Anastasia D. Bartlett
ANASTASIA D. BARTLETT, WSBA #7142
Assistant United States Attorney
Office of the United States Attorney
 for the Western District of Washington
700 Stewart Street, Suite 5220
Seattle, WA 98101
Tel: (206) 553-7970
Fax: (206) 553-4067
Anastasia.Bartlett@usdoj.gov

ORDER OF DEFAULT - 2
(C05-5234 RBL)

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970