Honorable Ronald B. Leighton

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | NO. C05-5234 RBL |
| v. | |
| THE ESTATE OF VIOLET MORRIS, aka VIOLET F. MORRIS, Deceased; ANNA M. LOVE aka ANNA MAY LOVE aka ANNA LOVE, individually and Executor of the Estate of Violet Morris; WILLARD "BUD" MORRIS, JR. and BARBARA MORRIS, husband and wife; JULIE DAY; THERESA SCOTT; PENNY GREEN; EDDIE D. MORRIS and KELLY D. MORRIS, husband and wife; DENNIS MORRIS; JAMES F. REED and REBECCA REED, husband and wife; THE UNKNOWN SUCCESSORS IN INTEREST AND CLAIMANTS TO THE ESTATE OF VIOLET F. MORRIS, Deceased, | DEFAULT JUDGMENT AND DECREE OF FORECLOSURE |
| Defendants. | |

This matter having come on upon the United States' Motion for Default Judgment and Decree of Foreclosure, pursuant to Federal Rules of Civil Procedure 55, default having been entered against the defendants, the Estate of Violet Morris, aka Violet F. Morris, Deceased; Anna M. Love aka Anna May Love aka Anna Love, individually and Executor of the Estate of Violet Morris; Willard "Bud" Morris, Jr. and Barbara Morris,

DEFAULT JUDGMENT AND DECREE OF FORECLOSURE - 1
(C05-5234RBL)

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

husband and wife; Julie Day; Theresa Scott; Penny Green; Eddie D. Morris and Kelly D. Morris, husband and wife; Dennis Morris; James F. Reed and Rebecca Reed, husband and wife; the unknown successors in interest and claimants to the Estate of Violet F. Morris, deceased, and this Court having reviewed the files and records herein, and being fully advised;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

1. That the United States have and recover judgment in its favor against defendants, the Estate of Violet Morris, aka Violet F. Morris, Deceased; Anna M. Love aka Anna May Love aka Anna Love, individually and Executor of the Estate of Violet Morris; Willard "Bud" Morris, Jr. and Barbara Morris, husband and wife; Julie Day; Theresa Scott; Penny Green; Eddie D. Morris and Kelly D. Morris, husband and wife; Dennis Morris; James F. Reed and Rebecca Reed, husband and wife; the unknown successors in interest and claimants to the Estate of Violet F. Morris, deceased, in the sum of Thirty-Two Thousand Six Hundred Sixty-Three Dollars and Ninety-Three Cents ($32,663.93), ($12,226.52 principal, $4,519.63 interest accrued through June 2, 2006, plus $15,917.78 administrative fees); plus interest accruing at the rate of $2.9310 per day from and after June 2, 2006, to the date of entry of this judgment, and interest from the date of judgment at the legal rate until paid in full.

2. Interest on this judgment will accrue at the legal rate pursuant to 28 U.S.C. § 1961, from the date of entry of the judgment until fully paid.

3. That the United States have and recover costs to date in the sum of Two Thousand Five Hundred Seventy-Five Dollars and Sixty-Five Cents ($2,575.65), together with all costs and expenses of any matters in connection with the administration, supervision, preservation, protection of, or the realization upon the collateral, whether such costs are incurred in or out of Court.

4. That the United States have and recover filing fees allowed pursuant to 28 U.S.C. § 2412(a) in the amount of One Hundred Fifty Dollars ($150.00).

DEFAULT JUDGMENT AND DECREE OF FORECLOSURE - 2
(C05-5234RBL)

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

5. That the United States have and recover docket fees allowed pursuant to 28 U.S.C. § 1923 in the amount of Twenty Dollars ($20.00).

6. That the deed of trust attached to the Complaint as Exhibit B is hereby foreclosed and the property is hereby ordered to be sold pursuant to the provision of 28 U.S.C. § 2001, *et seq.*, with the proceeds of the sale applied first to the costs and expenses of making the sale and secondly, to the payment of the sums due to the United States on its cause of action, and any excess of the proceeds shall be distributed to the defendants as their interest may appear.

7. That the United States' recovery shall be limited to the proceeds of the sale of the real property subject to the foreclosed deed of trust.

8. That the defendants be and are hereby barred and foreclosed from asserting any right, title or interest in and to the property, except to the extent that such defendants have rights of redemption under R.C.W. § 6.23.

9. That the United States or any party to the suit may become a purchaser at the sale and the United States Marshall shall execute a Marshal's Certificate of Purchase to the real property in favor of the purchaser, and the purchaser will be let into possession of the premises upon production of the Marshal's Certificate of Purchase.  In the event the United States or its agency, U.S. Department of Agriculture, Rural Housing Service, is a successful bidder on the property, it shall have the right to apply its judgment credits in lieu of cash thereon, and the United States Marshal is authorized to accept such an arrangement.  If the successful bidder is other than the government, ten percent (10%) of the bid price must be paid at the time of the sale and the balance within thirty (30) days.

10. That the sale be conducted in accordance with the law and practice of this Court.

/ /

/ /

DEFAULT JUDGMENT AND DECREE OF FORECLOSURE - 3
(C05-5234RBL)

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

1    11.    That the subject real property has been abandoned and the property shall be sold without right of redemption in anyone.

DATED this 18th day of July, 2006.

                           *Ronald B. Leighton*
                           RONALD B. LEIGHTON
                           UNITED STATES DISTRICT JUDGE

PRESENTED BY:

s/ Anastasia D. Bartlett
Anastasia D. Bartlett, WSBA # 7142
Assistant United States Attorney
Office of the United States Attorney
 for the Western District of Washington
700 Stewart Street, Suite 5220
Seattle, WA 98101-1271
Tel:  (206) 553-7970
Fax:  (206) 553-4067
Anastasia.Bartlett@usdoj.gov

DEFAULT JUDGMENT AND DECREE OF FORECLOSURE - 4
(C05-5234RBL)

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970