Honorable Ronald B. Leighton

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | )<br>) |
| Plaintiff, | )<br>) |
| v. | ) NO. C05-5234 RBL<br>) |
| THE ESTATE OF VIOLET MORRIS, aka VIOLET F. MORRIS, Deceased; ANNA M. LOVE aka ANNA MAY LOVE aka ANNA LOVE, individually and Executor of the Estate of Violet Morris; WILLARD "BUD" MORRIS, JR. and BARBARA MORRIS, husband and wife; JULIE DAY; THERESA SCOTT; PENNY GREEN; EDDIE D. MORRIS and KELLY D. MORRIS, husband and wife; DENNIS MORRIS; JAMES F. REED and REBECCA REED, husband and wife; THE UNKNOWN SUCCESSORS IN INTEREST AND CLAIMANTS TO THE ESTATE OF VIOLET F. MORRIS, Deceased, | )<br>) ORDER OF SALE<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| Defendants. | )<br>) |

TO: United States Marshal
     Western District of Washington
     United States Courthouse
     Seattle, Washington

On 18th day of July, 2006, this Court entered the Default Judgment and Decree of Foreclosure in this case in the United States District Court for the Western District of Washington.

ORDER OF SALE - 1
(C05-5234RBL)

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

1   The judgment is a foreclosure against Defendant The Estate of Violet Morris, aka Violet F. Morris, of Deeds of Trust of certain real property located in Lewis County, Washington.

YOU ARE HEREBY ORDERED to proceed to seize and sell forthwith and without further appraisement, the following described property, which was foreclosed in the Judgment and Decree of Foreclosure, in the manner provided by law:

> The east 209 feet of the south 209 feet of the north half of the north half of the southeast quarter of the southeast quarter of Section 22, Township 12 North, Range 5 East, W.M., Lewis County, Washington.  EXCEPT Anderson County Road.

IT IS FURTHER ORDERED that the proceeds of the sale shall first be applied to the payment of costs and expenses of the sale; second, to the payment of the judgment of the United States of America herein; and any excess in proceeds shall be placed in the registry of the Court to be distributed to the Defendant, The Estate of Violet Morris, aka Violet F. Morris.

IT IS FURTHER ORDERED that, if requested by Rural Housing Service, an agency of the United States Department of Agriculture, you shall enter a minimum bid in the amount specified by Rural Housing Service.  In the event the Administrator of Rural Housing Service is a successful bidder at the sale, the Plaintiff shall have the right to apply its judgment credits in lieu of cash and the United States Marshal is authorized to accept such arrangement.  All other bids must be for cash payment of ten percent of the bid price at the time of the sale and the balance within thirty days; and if the balance is not paid, the deposit will be forfeited and paid into the registry of the Court for satisfaction of costs incurred and thereafter applied against the judgment debt outstanding, and all rights of the bidder in the property being foreclosed will cease and be completely void.

IT IS FURTHER ORDERED that such sale shall be in accordance with the law and practice of the Court.

ORDER OF SALE - 2
(C05-5234RBL)

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

1       IT IS FURTHER ORDERED that a certified copy of this order be delivered by the
2 Clerk of the Court to the United States Marshal and that copy will constitute the authority
3 to make the sale and incur all necessary expenses of the sale as herein directed.

4       DATED this 18th day of July, 2006

5

6                                 RONALD B. LEIGHTON
7                                 UNITED STATES DISTRICT JUDGE

8 Presented by:

9 s/Anastasia D. Bartlett
ANASTASIA D. BARTLETT, WSBA # 7142
10 Assistant United States Attorney
Office of the United States Attorney
11  for the Western District of Washington
700 Stewart Street, Suite 5220
12 Seattle, WA 98101-1271
Tel: (206) 553-7970
13 Fax: (206) 553-4067
Anastasia.Bartlett@usdoj.gov
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER OF SALE - 3
(C05-5234RBL)

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970