|   |   |
|---|---|
|   | Honorable Ronald B. Leighton |

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>   v.<br><br>THE ESTATE OF VIOLET MORRIS, aka VIOLET F. MORRIS, Deceased; ANNA M. LOVE aka ANNA MAY LOVE aka ANNA LOVE, individually and Executor of the Estate of Violet Morris; WILLARD "BUD" MORRIS, JR. and BARBARA MORRIS, husband and wife; JULIE DAY; THERESA SCOTT; PENNY GREEN; EDDIE D. MORRIS and KELLY D. MORRIS, husband and wife; DENNIS MORRIS; JAMES F. REED and REBECCA REED, husband and wife; THE UNKNOWN SUCCESSORS IN INTEREST AND CLAIMANTS TO THE ESTATE OF VIOLET F. MORRIS, Deceased,<br><br>           Defendants. | NO. C05-5234 RBL<br><br>ORDER CONFIRMING SALE |

THIS MATTER having come on for consideration before the Court upon the United States' Motion for Order Confirming Sale, for the sale of January 19, 2007, by the United States Marshal for the Western District of Washington, of the real property hereinafter described, as directed by the Order of Sale of July 18, 2006 (Clerk's Docket No. 24) ; and,

ORDER OF SALE - 1
(C05-5234RBL)

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

1   IT APPEARING to the Court that the property is situated in Lewis County, State of Washington, at 224 Anderson Road, Glenoma, Washington, and described as follows:

> The east 209 feet of the south 209 feet of the north half of the north half of the southeast quarter of the southeast quarter of Section 22, Township 12 North, Range 5 East, W.M., Lewis County, Washington.  EXCEPT Anderson County Road.

and,

IT APPEARING to the Court that the Notices of Sale as required by RCW 6.21.030 and 6.21.040 were given; and,

IT APPEARING to the Court that on January 19, 2007, all right, title and interest of the defendants in the above entitled action in this property was sold by the United States Marshal for the Western District of Washington to Robert E. Adamson, the highest bidder, for the sum of $64,000.00; and,

IT APPEARING to the Court that the United States Marshal for the Western District of Washington making this sale duly filed the Return on Sale of Real Property on January 30, 2007; and,

IT APPEARING to the Court that more than twenty (20) days has elapsed from the mailing by the Clerk of Court of the Notice of Filing Return on Sale of Real Property; and

IT FURTHER APPEARING to the Court that no redemption rights exist because the property had been abandoned as established in the Default and Decree of Foreclosure; and,

NOW, THEREFORE, the Court having been fully advised in the premises:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED, that the sale made by the United States Marshal for the Western District of Washington on January 19, 2007,  and all the proceedings had in respect thereto, are hereby approved and confirmed; and,

ORDER OF SALE - 2
(C05-5234RBL)

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

1  IT IS FURTHER ORDERED that a United States Marshal's Deed shall be
2  executed and delivered forthwith by the United States Marshal for the Western District of
3  Washington to the purchaser of the subject property.
4  DATED this 4th day of June, 2007.

_____
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

Presented by:

 /s/ Anastasia D. Bartlett
ANASTASIA D. BARTLETT, WSBA #7142
Assistant United States Attorney
Office of the United States Attorney
 for the Western District of Washington
700 Stewart Street, Suite 5220
Seattle, WA 98101
Tel: (206) 553-7970
Fax: (206) 553-4067
Anastasia.Bartlett@usdoj.gov

Approved:

UNITED STATES MARSHAL

By  /s/ Michele Stiltner
    Michele Stiltner
    Budget Analyst

ORDER OF SALE - 3
(C05-5234RBL)

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970