Hon. Ronald B. Leighton

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. C05-5234-RBL |
| Plaintiff, | |
| v. | ORDER DISBURSING PROCEEDS OF SALE |
| THE ESTATE OF VIOLET MORRIS, aka VIOLET F. MORRIS, Deceased, et al., | |
| Defendants. | |

The United States' Motion to Disburse Proceeds of Sale having come before this Court and this Court having considered the motion and all relevant documents in the file, and

IT APPEARING from the Return of the United States Marshall on the sale that the real property was sold to Robert E. Adamson for the sum of Sixty-Four Thousand Dollars and No Cents ($64,000.00), and said amount is now on deposit with this Court,

IT IS HEREBY ORDERED AND ADJUDGED that the Clerk of this Court is authorized and directed to draw checks from the funds on deposit in the registry of this court in the principal amount of $64,000.00 plus all accrued interest, minus any statutory users fees, as follows:

ORDER DISBURSING PROCEEDS OF SALE - 1
(C04-5419FDB)

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

1  |  1. United States Marshal Service for costs and fees incurred
2  |  by the U.S. Marshal Service in C05-5234-RBL                $1,696.65

3  |  Address:   United States Marshal Service
   |             700 Stewart Street, Suite 9101
4  |             Seattle, WA 98101

5  |  2. United States Attorney for costs incurred by the
   |     United States Attorney's Office in Cause No. C05-5234-RBL   $2,439.80
6  |
7  |  Address:   United States Attorney
   |             Western District of Washington
   |             700 Stewart Street, Suite 5220
8  |             Seattle, WA 98101

9  |  3. Clerk of Court for Filing and Docketing Fees
   |     in Cause No. C05-5234-RBL                                $   170.00
10 |

11  4. The Clerk shall pay from the balance of the remaining funds on deposit,

12  plus any accrued interest, minus any statutory user fees up to the Judgment amount, to the

13  United States Department of Justice for final distribution to the United States Department

14  of Agriculture's Rural Development Agency to fulfill the Judgment amount as follows:

15  Thirty-Two Thousand, Six Hundred Sixty-Three Dollars and Ninety-Three Cents

16  ($32,663.93) ($12,226.52 principal, $4,519.63 interest accrued to June 2, 2006, plus

17  $15,917.78 administrative fees); plus interest accruing on principal at the rate of $2.9310

18  per day from and after June 2, 2006, to the date of entry of the Judgment on July 18,

19  / /

20  / /

21  / /

ORDER DISBURSING PROCEEDS OF SALE - 2
(C04-5419FDB)

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

1  2006, and interest from the date of Judgment at the legal rate until paid.  Interest on the

2  Judgment will accrue at the legal rate, pursuant to 28 U.S.C. § 1961.

      Address:    Financial Litigation Unit
                           United States Attorney's Office
                           Western District of Washington
                           700 Stewart Street, Suite 5220
                           Seattle, WA 98101

7  DATED this 30th day of January, 2008.

_____
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

PRESENTED BY:

 /s/Anastasia D. Bartlett_____
Anastasia D. Bartlett, WSBA # 7142
Assistant United States Attorney
Office of the United States Attorney
 for the Western District of Washington
700 Stewart Street, Suite 5220
Seattle, WA 98104
Tel:  (206) 553-7970
Fax:  (206) 553-4067
Anastasia.Bartlett@usdoj.gov

**Approved as to amount on deposit:**


/s/ Joe Whiteley_____
**Clerk, U.S. District Court**

ORDER DISBURSING PROCEEDS OF SALE - 3
(C04-5419FDB)