HONORABLE RONALD B. LEIGHTON

1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

9
10

UNITED STATES OF AMERICA,

11
    Plaintiff,

12
    v.

13
THE ESTATE OF VIOLET MORRIS, aka
VIOLET F. MORRIS, Deceased; ANNA M.
14
LOVE aka ANNA MAY LOVE aka ANNA
LOVE, individually and Executor of the
15
Estate of Violet Morris; WILLARD "BUD"
MORRIS, JR. and BARBARA MORRIS,
16
husband and wife; JULIE DAY; THERESA
SCOTT; PENNY GREEN; EDDIE D.
17
MORRIS and KELLY D. MORRIS, husband
and wife; DENIS MORRIS; JAMES F.
18
REED and REBECCA REED, husband and
wife; THE UNKNOWN SUCCESSORS IN
19
INTEREST AND CLAIMANTS TO THE
ESTATE OF VIOLET F. MORRIS,
20

21
    Defendants.

Case No. C05-5234RBL

ORDER REGARDING DISTRIBUTION
OF SURPLUS PROCEEDS PURSUANT
TO RCW 61.24.080

22

23
        THIS MATTER coming before the Court without oral argument on the motion of Theresa Scott, by

24
and through her attorney of record, Brian T. Comfort of Comfort, Davies & Smith, P.S.  The Court having

25
reviewed the motion of Theresa Scott for disbursal of funds, memorandum in support of the motion, affidavit

26
of Theresa Scott, the affidavit of Brian T. Comfort, the files and records herein, now, therefore, the Court

27
orders:

28
        1.      That the closest living heirs by law and entitled to the estate of Violet Morris are the following

individuals:

ORDER
Page - 1

1      Penny Green, daughter, as to a one-sixth interest;

2      Willard "Bud" Morris, son, as to a one-sixth interest;

3      Theresa Scott, daughter, as to a one-sixth interest;

4      Julie Day, daughter, as to a one-sixth interest;

5      Dennis Morris, son, as to a one-sixth interest;

6      Jeff Love, son of deceased daughter, Anna M. Love, as to a one-thirty-sixth interest;

7      LeAnne Struble, daughter of deceased daughter, Anna M. Love, as to a one-thirty-sixth interest;

8      Jeremy Love, son of deceased daughter, Anna M. Love, as to a one-thirty-sixth interest;

9      Brett Love, son of deceased daughter, Anna M. Love, as to a one-thirty-sixth interest;

10     Kandi Daniels, daughter of deceased daughter, Anna M. Love, as to a one-thirty-sixth interest;

11     and

12     Shawn Love, son of deceased daughter, Anna M. Love, as to a one-thirty-sixth interest.

13     2.     The Clerk is directed to calculate the amount of funds on deposit in this matter plus interest,

14  less court assessment fee.

15     3.     The Clerk is directed to disburse $2,568.47 to Comfort, Davies & Smith, P.S. in payment of

16  attorneys' fees and costs pursuant to RCW 11.96A.150.

17     4.     The Clerk by separate check shall disburse the remaining funds to Comfort, Davies & Smith,

18  P.S. to be distributed by counsel to the heirs as set forth in Ms. Scott's motion.

19     **IT IS SO ORDERED**.

20     The Clerk shall send uncertified copies of this order to all counsel of record, and to any party appearing

21  pro se.

22     Dated this 10th day of July, 2008.

23

24     _____
       RONALD B. LEIGHTON
25     UNITED STATES DISTRICT JUDGE

26

27

28

ORDER
Page - 2